JOHN F. GARLAND #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
ISAAC ABRAHAM SANDOVAL LOPEZ

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISAAC ABRAHAM SANDOVAL LOPEZ,

Defendant.

Case No. 1:24-CR-00178 KES-BAM

**STIPULATION TO ADVANCE ARRAIGNMENT AND PLEA HEARING ORDER**

**DATE: July 24, 2024**
**TIME: 2:00 p.m.**
**Courtroom Ten**

**Honorable Erica P. Grosjean**

Defendant, ISAAC ABRAHAM SANDOVAL LOPEZ, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney and Cody S. Chapple, Assistant United States Attorney, hereby stipulate to advance the Arraignment and Plea Hearing from July 25, 2024 to July 24, 2024 at 2:00 p.m. This continuance is necessary because counsel for the defendant is not available on July 25, 2024 due to a calendar conflict.

**IT IS SO STIPULATED**:

Dated: July 18, 2024

/s/ John F. Garland
John F. Garland
Attorney for Defendant
ISAAC ABRAHAM SANDOVAL LOPEZ

Dated: July 18, 2024

Phillip A. Talbert
United States Attorney

/s/ Cody S. Chapple
By: Cody S. Chapple
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that the Arraignment and Plea Hearing for defendant Isaac Abraham Sandoval Lopez is advanced from July 25, 2024 to **July 24, 2024 at 2:00 p.m.** before a Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **July 19, 2024**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE