PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-000178-KES-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; AND ORDER** |
| ISAAC ABRAHAM SANDOVAL LOPEZ, | |
| Defendant. | |

The parties stipulate as follows:

1. The indictment was filed in this district on July 18, 2024, charging the defendant with possession with intent to distribute fentanyl, methamphetamine, and heroin, in violation of 21 U.S.C. § 841. [ECF 10.] The defendant was detained and remains in custody. The Court scheduled a status conference on October 23, 2024, and excluded time.

2. On July 18, 2024, the government produced initial discovery, and supplemental discovery on August 13, 2024.

3. On August 14, 2024, the government made a plea offer to the defendant.

4. Now, the parties agreed to continue the status conference from October 23, 2024, to January 22, 2025, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the

1

case.

5. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from October 23, 2024, through January 22, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: October 15, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: October 15, 2024

*/s/ John Frederick Garland*
John Frederick Garland
Counsel for ISAAC ABRAHAM SANDOVAL LOPEZ

## ORDER

IT IS SO ORDERED that the status conference is continued from October 23, 2024, to **January 22, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **October 15, 2024**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE