1  PHILLIP A. TALBERT
   United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAAC ABRAHAM SANDOVAL LOPEZ,<br><br>Defendant. | CASE NO. 1:24-CR-000178-KES-BAM<br><br>**STIPULATION TO SET CHANGE OF PLEA HEARING AND VACATE STATUS CONFERENCE; AND ORDER** |

The parties stipulate as follows:

1. A grand jury indicted the defendant in this district on July 18, 2024, charging him with possession with intent to distribute fentanyl, methamphetamine, and heroin, in violation of 21 U.S.C. § 841. [ECF 10.] The defendant was detained and remains in custody.

2. A status conference is set for January 22, 2025, and time has been excluded to that date.

3. The Court scheduled a status conference on October 23, 2024, and excluded time.

4. On July 18, 2024, the government produced initial discovery, and supplemental discovery on August 13, 2024. On August 14, 2024, the government made a plea offer to the defendant. On January 13, 2025, the parties executed and filed a signed plea agreement in this case. [ECF 19.]

5. Now, the parties agree to set a change of plea hearing on January 21, 2025, and to vacate

1

the January 22, 2025, status conference. The parties cleared this date with the district court.

IT IS SO STIPULATED.

Dated: January 13, 2025                              PHILLIP A. TALBERT
                                                     United States Attorney

                                                     */s/ Cody Chapple*
                                                     Cody Chapple
                                                     Assistant United States Attorney


Dated: January 13, 2025                              */s/ John Frederick Garland*
                                                     John Frederick Garland
                                                     Counsel for ISAAC ABRAHAM
                                                     SANDOVAL LOPEZ

## **ORDER**

IT IS SO ORDERED that the status conference set for January 22, 2025, is vacated. A change of plea hearing is set for **January 21, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time was previously excluded through January 22, 2025.

IT IS SO ORDERED.

Dated:   **January 13, 2025**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

2